FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**FEDERAL NATIONAL MORTAGE**
**ASSOCIATION A/K/A FANNIE MAE**
        Plaintiff,

                                                **CASE NO: 3:13-CV-0367-N-BK**

**v.**

**BARBARA F. LOVING AND ALL**
**OCCUPANTS OF 210**
**WILLOWBROOK DR.,**
**DUNCANVILLE, TX 75116**
        Defendant(s).

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

        The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendants filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DIRECTS that this case be remanded to County Court at Law No. 3 under Cause CC-11-01014-C. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants shall pay $2,000.00 to Plaintiff within ten (10) days of this order by delivering certified funds payable to Plaintiff c/o Tasha E. James, Barrett Daffin Frappier Turner & Engel, LLP to 15000 Surveyor Blvd., Addison, Texas 75001.

        SO ORDERED this 22nd day of July, 2013.

                                                    */s/ David C. Godbey*
                                                    UNITED STATES DISTRICT JUDGE